ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Jan-10  14:16:28
60CV-22-215
C06D12 : 40 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

| | |
|---|---|
| **DONNA POULLOS and REGINALD L. BRATCHETT, SR.,** | |
| Plaintiffs, | |
| | CASE NO. |
| v. | |
| **QBE AMERICAS INCORPORATED D/B/A QBE INSURANCE** | [COURT] |
| Defendant. | |

### PLAINTIFFS' COMPLAINT AND JURY DEMAND

COME NOW Plaintiffs Donna Poullos ("Poullos") and Reginald L. Bratchett, Sr. ("Bratchett" and together with Poullos, the "Plaintiffs"), by and through their attorneys, and for their claims for damages against the above-named Defendant, respectfully state the following:

### JURISDICTION AND PARTIES

1.     The actions that led to this Complaint occurred in Little Rock, Arkansas.  This Court has jurisdiction over the subject matter of this Complaint and the parties to this cause of action, and Pulaski County is the proper and appropriate venue, pursuant to A.C.A. § 16-60-112.

2.     Plaintiff Donna Poullos ("Poullos") is a resident of Little Rock, Arkansas, in Pulaski County, and was so at all times relevant to this Complaint.  Poullos was the co-owner and occupant of the residential home at 7711 Rebecca Drive, Little Rock 72209 ("7711 Rebecca").

3.     Plaintiff Reginald L. Bratchett, Sr. ("Bratchett") is a resident of Jacksonville, Arkansas, in Pulaski County, and was so at all times relevant to this Complaint.  Bratchett was the co-owner of 7711 Rebecca, but not an occupant of the home.

**EXHIBIT**

A

4.      At all times relevant to this case, and at the time of the incident described further herein, Defendant QBE Americas, Inc., d/b/a QBE Insurance Corporation ("QBE") was a foreign for-profit corporation doing business in the State of Arkansas and can be served with process via its registered agent: CT Corporation System, 124 W. Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

## FACTS

**A. QBE Breached Homeowner's Insurance Contract with Plaintiffs by Failing to Adequately Compensate Plaintiffs for Remediation Costs Covered by the Plaintiffs' Homeowner's Insurance Policy.**

5.      Plaintiffs hereby incorporate by reference all previous paragraphs as if fully set forth herein.

6.      On or about December 10, 2018, AT&T obtained a permit from the City of Little Rock to install fiber optic cable along Rebecca Drive in Little Rock (the "Project"). The Project called for below-grade installation of a buried cable line along the planned installation path from 7605 Rebecca Drive going west to 7803 Rebecca Drive. 7711 Rebecca is on this installation path.

7.      Unfortunately for Plaintiffs, the Project went horribly wrong, eventually flooding 7711 Rebecca with raw sewage from the main public sewer line for the entire neighborhood which was being diverted inside the Plaintiffs' home.

8.      Plaintiffs are of the opinion and belief that from Wednesday, December 12, 2018 to Saturday, December 15, 2018, the diversion of public sewage from the main line continued to flow into the home, and days of heavy rains and the delay in repairing the sewer line likely exacerbated the flooding.

9.      At all relevant times, 7711 Rebecca was insured by QBE under Policy number QHP8348852 ("Policy") issued to Poullos, with effective dates of November 13, 2018 until

November 13, 2019. *See* Policy [attached Exhibit A]. QBE was notified of Plaintiffs' claim by Progressive on December 14, 2018, and QBE began investigating the incident, issuing it Claim number 653532N ("Claim").

10.     Upon being notified of the Claim, QBE initially accepted the Claim and promptly hired a specialist cleaning company that was required to carry out the remediation work on 7711 Rebecca due to the biologically hazardous nature of the raw sewage that flooded the home. That work spanned over 10 days, including several days where a crew of up to 8 skilled cleaning and demolition professionals worked 10-12 hours per day. QBE likewise initially paid for Poullos to find alternative housing as the house was uninhabitable.

11.     Crews used power tools to take down contaminated walls and insulation and ripped up soiled flooring. Workers wore Tyvek protection suits, filtered respirators, and chemical resistant gloves to protect themselves during the work. The cost for the gloves alone was $3,360.00, and the total invoice for remediation services on 7711 Rebecca came to $85,665.98. *See* Desert Rose Invoices [attached Exhibit B].

12.     Suddenly, on January 7, 2019, QBE reversed position, backtracked completely on their cooperation with the Plaintiffs in terms of a temporary housing allowance, and stopped all funding of the remediation of 7111 Rebecca.

13.     After initially hiring a contractor to service 7711 Rebecca and allowing that contractor to incur the costs outlined above, QBE reversed course, asserting that the Claim "may not be covered in whole or in part under the QBE policy." *See* QBE Letter dated April 10, 2019 [attached Exhibit C]. QBE took the position that the Claim was caused by AT&T's negligence working outside 7711 Rebecca, which caused a sewer back up from within the dwelling to flow

into the property, and as such the damage underlying the Claim was a coverage loss with a policy limit of $10,000.

14.    QBE is mistaken regarding the nature of the damage to the home. The sewage overflow that filled 7711 Rebecca did not originate from a backed-up toilet within the dwelling or a sump pump or related equipment such that the Claim is a covered loss. As noted in the QBE Letter, the damage underlying the Claim was caused by negligent AT&T employees working "outside the home and hitting an active sewer line." The "active sewer line" that was hit serviced the entire neighborhood, causing raw sewage from the surrounding area to fill 7711 Rebecca.

15.    Because the sewage that flooded 7711 Rebecca did not originate from a "back-up" inside the house, the Claim is covered to the full extent of the damage incurred by the Plaintiffs. The Policy specifically covers against direct physical loss to 7711 Rebecca and the Claim does not fit within any policy exclusion.

16.    Furthermore, QBE cannot incur $85,665.98 of costs to remedy the Claim, and then turn around and later attempt to stick Poullos with the bill. This bad faith on QBE's part injured Plaintiffs and contributed to Poullos' inability to return to her home.

17.    Plaintiff's house was left in a state of ruin when QBE stopped funding the repairs. The house was never rebuilt, became a public nuisance, and required rebuilding from the inside out to repair the damage done initially by the sewage which flowed into the home, as well as subsequent structural and cosmetic damage that occurred during the initial remediation efforts of QBE's chosen contractor.

18.    Plaintiffs ultimately were left with no choice but to sell the home in an "as-is" condition on March 21, 2021, to avoid the continuing costs and the potential liability of owning an abandoned building.

19.     The loss to Poullos of her worldly belongings and separation from her dogs has been emotionally overwhelming and deeply distressing to the point that it impacts her ability to function normally on a daily basis.  She continued to struggle with the loss and separation, which is only exacerbated by the fact that the Defendant has failed to live up to the Insurance Policy they contractually agreed to.  Poullos is blameless in this situation, yet she is the only one who continued to struggle after she and her animals were displaced from their home, losing personal possessions in the process.  Meanwhile QBE have refused to be accountable for the destruction they caused to this innocent woman's home and life, leaving her with the feeling of being victimized all over again.

## CAUSES OF ACTION

### COUNT ONE: BREACH OF CONTRACT BY QBE

20.     Plaintiffs hereby incorporate by reference all previous paragraphs as if fully set forth herein.

21.     At all relevant times, 7711 Rebecca was insured by QBE under Policy number QHP8348852 issued to Plaintiffs, with effective dates of November 13, 2018 until November 13, 2019. The Policy is a valid and enforceable contract between Plaintiffs under which Plaintiffs fully performed.

22.     Under the terms of the Policy, QBE was responsible for insuring 7711 Rebecca against direct physical loss. QBE further agreed to compensate Poullos for reasonable repairs to the Property.

23.     QBE failed to perform its obligations under the Policy.

24.     As a result of QBE's breach of the Policy, Plaintiffs have incurred economic damages set forth below. Poullos has incurred further damages in rent for replacement

accommodations caused by QBE's unilateral decision to cease funding her replacement accommodations on January 7, 2019.

## COUNT TWO: TORT OF BAD FAITH

25.    Plaintiffs hereby incorporate by reference all previous paragraphs as if fully set forth herein.

26.    Upon information and belief, QBE initially accepted Plaintiffs' Claim, and pursuant to its contractual duties, funded replacement accommodation housing for Poullos and hired a third-party contractor to clean 7711 Rebecca, incurring at least $85,665.98 in costs, before leaving Plaintiff's home in a complete state of disrepair with an estimated cost of approximately $125,000 to return the house to a habitable state.  Ultimately, the Plaintiffs were forced to sell the property as set forth above.

27.    After incurring these initial remediation costs, ostensibly on Plaintiffs' behalf, QBE then, in bad faith, changed their coverage determination regarding the Claim, and sought to limit QBE's liability to the policy limits of $10,000, leaving Plaintiff with an uninhabitable abode and no financial means to restore the property to a condition in which she could reside.

28.    QBE initially accepted the Claim, but subsequently attempted to dishonestly limit its own liability for the purpose of injuring Plaintiffs by foisting repair costs to them.  As such, QBE's bad faith actions, which constitute a dishonest and malicious attempt to avoid liability under the Policy, therefore injuring Plaintiffs, expose QBE to both compensatory and punitive damages.

## COUNT THREE: STATUTORY BAD FAITH UNDER A.C.A. §23-79-208

29.    Plaintiffs hereby incorporate by reference all previous paragraphs as if fully set forth herein.

30.     Under the terms of the Policy, QBE was responsible for insuring 7711 Rebecca against direct physical loss. QBE further agreed to compensate Poullos for reasonable repairs to the Property.

31.     Plaintiffs made several demands for payment, and QBE has failed to pay for any loss within the time period specified in the Policy.

32.     As a result of the foregoing, QBE is liable to Plaintiffs for the amount of the loss and twelve percent (12%) damages upon the amount of the loss, as well as all reasonable attorney's fees incurred by Plaintiffs in prosecuting and collection the loss.

### DAMAGES

33.     Plaintiffs hereby incorporate by reference all previous paragraphs as if fully set forth herein.

34.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs sustained injuries that include, but are not limited to, the following:

   a. Damage to personal property valued at not less than $47,215.50;

   b. Remediation costs for the removal of pollutants from 7711 Rebecca in an amount not less than $85,665.98;

   c. Additional removal costs to disposed of contaminated personal property in an amount not less than $1,800.00;

   d. Impaired value to real property due to nature of contamination and future health risk in an amount of approximately $100,000.00

   e. Housing costs for temporary replacement housing that continues to accrue from the date of the incident at a rate of $750.00 to $890.00 per month;

   f. Attorney's fee and costs of court;

---

g. Pre- and post-judgment interest; and

h. Any and all other damages allowed under the law.

## PUNITIVE DAMAGES

35.    Plaintiffs hereby incorporate by reference all previous paragraphs as if fully set forth herein.

36.    When viewed from the standpoint of the Defendant, at the time of the acts and omissions, their conduct involved a wanton act of conscious indifference to Plaintiffs' rights which injured Plaintiffs such that QBE's bad faith denial of coverage under the Policy makes QBE liable for punitive damages.

37.    Defendant had actual subjective awareness of the risks and dangers to Plaintiffs and their property and intentionally and recklessly disregarded these risks and failed to maintain adequate safety prevention and property protection measures.

38.    Defendant's conduct displayed a conscious indifference to the rights, safety, and welfare of Plaintiffs and others in Plaintiffs' position.

39.    Plaintiffs seeks punitive damages, in an amount deemed appropriate by the Court, in order to punish Defendants, and to deter other similarly situated entities from engaging in similar conduct.

## JURY DEMAND

40.    Plaintiffs respectfully demand a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, by and through their attorneys, respectfully request recovery for all damages previously pled herein, and for compensatory damages for the reasons previously pled and in an a mount previously prayed for and/or allowed by common law or by statute, in an amount

---

left to the sound discretion of the jury, but in an amount necessary to satisfy the jurisdictional limits of this Court or any other Court, unless said damages are set, in whole or in part, by statute, for punitive damages, for their attorneys' fees and all costs herein expended, and for all other relief to which Plaintiffs are justifiably entitled.

Respectfully submitted,

_____

Gregory H. Bevel
Arkansas Bar No. 2019031
Texas Bar No. 02275800
**ROCHELLE MCCULLOUGH, LLP**
325 N. Saint Paul Street, Suite 4500
Dallas, TX 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
Email: greg.bevel@romclaw.com

-and-

*/s/ M. Randy Rice*
M. Randy Rice
Arkansas Bar No. 79241
**RICE & ASSOCIATES, P.A.**
523 S. Louisiana, #300
Little Rock, AR 72201
Telephone: 501-374-1019
Email: randyrice2@comcast.net

# EXHIBIT A

QBE Insurance Corporation



One General Drive
Sun Prairie, WI 53596
Phone Number: (866)318-2016

# Homeowners Policy

DONNA POULLOS
7711 REBECCA DR
LITTLE ROCK, AR 72209-7315

**In the event of a loss, call ClaimLine 24,
our 24-hour claim reporting service, or
your agent.**

**Our toll free number is 1-888-737-8256.**

**Your Independent Agent is:**

PROGRESSIVE ADVANTAGE AGENCY,
1 GENERAL DR
SUN PRAIRIE, WI 53596
Phone Number: (866)726-9917

QBE FIRST is a service mark of QBE Holdings, Inc. and the links logo is a registered service mark of QBE Insurance Group Limited.

# Your Homeowners Policy

| Policy Period | This policy period begins at 12:01 am standard time at the "named insured's" address as stated on the Declarations. |
|---|---|
| Declarations page contains | Your name and address<br>Location of your residence<br>Policy effective and expiration date<br>Your agent's name, address<br>and phone number    Coverages<br>Amounts of Insurance<br>Deductible |

This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company.

Your Policy is a legal contract between the "named insured" and the Company.

**It is important that you read your policy carefully.**

**In Witness Whereof, the Company designated on the Declarations page has caused this policy to be signed by its President and Secretary.**

President

Secretary

---

**Please thoroughly review the contents:**

| Title | Form Name | Page |
|---|---|---|
| Notice of QBE Privacy Policies and Practices | UND1856 (05/13) | 3 |
| Declarations Page | HO5031 (10/15) | 7 |
| Special Provisions - Arkansas | HO0103 (10/17) | 11 |
| Actual Cash Value Definition | HO9080 (06/98) | 13 |
| Animal Liability Limitation | HO9398 (10/01) | 15 |
| Catastrophe Protection: Additional Limits of Liability | HO9523 (11/05) | 17 |
| Limited Home Day Care Coverage Advisory Notice To Policyhldr | HOP004 (05/11) | 19 |
| OFAC Notice | ILP001 (01/04) | 21 |
| Important Notice About Your HO Policy | PH0002 (06/10) | 23 |

HO5033 10 12

# NOTICE OF QBE® PRIVACY POLICIES AND PRACTICES

| FACTS | WHAT DOES QBE DO<br>WITH YOUR PERSONAL INFORMATION? |
| --- | --- |

| Why? | Your personal privacy is important to us. This notice tells you how we collect and use information about you. You may obtain a complete copy of our information practices free of charge. If you would like a copy, please write to us.  Please include your policy number when you write to us. |
| --- | --- |

| What? | At QBE, we collect, keep and use information about you to serve your insurance needs. QBE and its agents may collect the following information about you and members of your household:<br>• Information included on your applications or other forms. (For example, name, address, and Social Security number).<br>• Information about your transactions with us or our affiliates. (For example, services purchased and payment history).<br>• Information from consumer reporting agencies and insurance-support organizations. (For example, credit relationships and history, motor vehicle reports and claims history).<br>• Information from other sources. (For example, medical information and demographic information).<br>• Information from visits to the QBE web site. |
| --- | --- |

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons QBE chooses to share; and whether you can limit this sharing. |
| --- | --- |

| Reasons we can share your personal information | Does QBE share? | Can you limit this sharing? |
| --- | --- | --- |
| For our everyday business purposes — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For joint marketing with other financial companies. | No | We don't share |
| For our affiliates' everyday business purposes — information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes — information about your creditworthiness | No | We don't share |
| For affiliates to market to you – to offer our products and services to you. | Yes | No |
| For nonaffiliates to market to you | No | We don't share |

| Questions? | Please Contact: | QBE Americas, Inc.<br>Attn:  Privacy Official<br>Corporate Legal Department<br>One General Drive<br>Sun Prairie, WI 53596<br>1.800.362.5448 |
| --- | --- | --- |

| Who we are | |
| --- | --- |
| Who is providing this notice? | QBE U.S. legal entities that use the names listed on page 3 of this Notice. |

| What we do | |
|---|---|
| How does QBE protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does QBE collect my personal information? | If we need to confirm or obtain additional information about you, we may contact outside sources. These sources may include agents, brokers, insurance support organizations, consumer reporting agencies, medical providers and government agencies. The information we collect from these outside sources may include your credit history, driving record, claims history, employment information and medical reports. Information obtained from outside sources may be kept by these outside sources and disclosed to other persons, as permitted by law. |
| Why can't I limit all sharing? | Federal law gives you the right to limit some but not all sharing related to:<br><br>• affiliates' everyday business purposes — information about your credit worthiness<br>• affiliates from using your information to market to you<br>• nonaffiliates to market to you<br><br>State laws and individual QBE companies may give you more rights to limit sharing. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be insurance and non-insurance companies. Our affiliates include companies listed on page 3 of this Notice. |
| Nonaffiliates | Companies not related by common ownership or control. They can be insurance and non-insurance companies. |
| Third Parties | QBE carefully chooses service providers to help us provide quality insurance services to you. We are careful to protect your privacy when we share information with them. We may share your personal information with the types of third parties listed below.<br><br>• Financial service providers. (For example, insurance agents).<br>• Hospitals, medical clinics or physicians.<br>• Adjusters, appraisers, investigators and attorneys (To investigate or settle a claim involving you).<br>• Insurance-support organizations that help detect and prevent insurance crimes or fraudulent claims (such as the National Insurance Crime Bureau). Information collected by such organizations may be kept by them and later shared with others who use these reports.<br>• People that conduct actuarial or underwriting studies.<br>• Companies that perform services for us or on our behalf. (For example, vendors we hire to respond to customer requests or to maintain or develop software for us).<br><br>We require third parties to comply with strict standards regarding security and confidentiality of your information. They are not permitted to release your information or use it for their own purposes. Third parties are also not permitted to sell any customer information we share with them to any other party.<br><br>There may be times when QBE is required by law to disclose information about you to nonaffiliated third parties. For example, we may disclose information in response to a subpoena. We may share information to help detect or prevent fraud. We may have to give information to law enforcement or governmental agencies. We also may share information if you give us written permission first.<br><br>Under no circumstances do we sell or share your information to or with any party outside of QBE for purposes of independently selling their products or services to you. |

## Other important information

**How You Can Review Recorded Information About You:**

You have the right to review recorded information about you in our files. Please write us at the address above if you want to know what information we have on file. We will need your complete name, address, date of birth, and all your policy numbers. Tell us what information you would like to receive or view. We will act on your request within 30 days of receiving it. We will let you know the nature of the information about you in our files. We will tell you with whom we have shared this information in the past two years. We will also give you the name and address of any consumer reporting agency that prepared a report about you in our files. You can contact them to get a copy of that report.

If you would prefer to view and copy the information in your file in person, please indicate that in your request.

**If You Disagree With Our Records:**

Please let us know if you think any of our information is incorrect. Tell us what is wrong and why. You may ask us to correct, amend or delete it. Within 30 days of receiving your request, we will change your information in our files or inform you of our refusal to change such information. If we make any changes to your information, we will notify you of those changes. We will also notify the parties listed below of those changes.

- Any party that may have, in the past 2 years, been given such information.
- Any insurance-support organization that we have given the information to within the past 7 years.
- Any insurance-support organization that gave us the information.
- Consumer Reporting Agencies (CRAs).

If we do not make changes, we will give you the reasons why and inform you of your right to file a statement. Your statement should tell us what you think is the correct information. You should also tell us why you disagree with our refusal. Your statements will be kept in your file and given to anyone that reviews the information. If we need to disclose the disputed information, we will mark the matter(s) in dispute and include your statement(s).

**Privacy Policy Changes:** We will notify you if we make changes to our privacy policy. We may make changes to comply with applicable laws or to conform to our current business practices. QBE reserves the right to change its privacy policies at any time.

## QBE U.S. legal entities

**This notice is being provided on behalf of the following QBE affiliates:**

QBE Insurance Corporation
QBE Specialty Insurance Company
Praetorian Insurance Company

North Pointe Insurance Company
Stonington Insurance Company

QBE is a registered service mark of QBE Insurance Group Limited.

Client Number: AR10963140    Policy Number: QHP8348853    Page 1 of 3



| QBE Insurance Corporation | Your Agent is: |
|---|---|
| One General Drive | **PROGRESSIVE ADVANTAGE AGENCY, - PROG** |
| Sun Prairie, WI 53596 | 1 GENERAL DR |
| | SUN PRAIRIE, WI 53596 |

## Homeowner Amended Declaration

### GO Paperless by logging into Selfservice.QBENA.com

### Client Detail

| DONNA POULLOS and/or REGINALD BRATCHETT | Policy: QHP8348853 |
|---|---|
| 7711 REBECCA DR | Policy Period: 11/13/2018 to 11/13/2019 |
| LITTLE ROCK, AR 72209-7315 | Your Premium Total is $1,245.00 for 12 Months |
| | Effective Time: 12:01 A.M. *  * Standard Time at the address of the Named Insured |

### Change Details

| POLICY CHANGE DESCRIPTION | Policy change effective 11/13/18 at 12:01 AM; Full term premium decrease $-128.00; ***DWELLING*** Changed 1968 Brick on Frame FORM HO3, 7711 REBECCA DR, LITTLE ROCK, AR, 72209 |
|---|---|
| PREMIUM INFORMATION | Return Premium $128.00 |

The above return premium will be applied to any outstanding balance that you may have. If no balance exists, a refund will be mailed separately.

### Named Insured(s)

DONNA POULLOS, REGINALD BRATCHETT

### Location Address(es)

| Location - Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Location 001 - 7711 REBECCA DR, LITTLE ROCK, AR, 72209 | 7711 REBECCA DR | LITTLE ROCK | AR | 72209 |

**THIS POLICY DOES NOT PROVIDE COVERAGE FOR WATER DAMAGE CAUSED BY FLOOD. DAMAGE CAUSED BY EARTHQUAKE IS ONLY COVERED IF EARTHQUAKE APPEARS UNDER THE "ENDORSEMENTS/FORMS" SECTION WITH A PREMIUM CHARGE. POLICY INCLUDES COVERAGE FOR ORDINANCE OR LAW**

### Coverages (Insurance is provided only with respect to those coverages for which a specific amount of insurance is indicated.)

| Cov | Description | Limit | | Premium |
|---|---|---|---|---|
| A | Dwelling | $171,000 | | $978 |
| B | Other Structures | $17,100 | | INCL |
| C | Personal Property Unscheduled | $85,500 | | INCL |
| D | Loss of Use | $59,900 | | $47 |
| | Policy Fee | | | $35 |
| E | Personal Liability | $300,000 | Each Occurrence | $10 |
| F | Medical Payments | $2,000 | Each Person | INCL |
| | | | Total Item Premium: | $1,070 |

### Section I Deductibles

These declarations, together with the coverage form(s), common policy conditions and forms, and endorsements, if any, issued to form a part thereof, complete the above numbered policy.

HOE021 (10/15)

Client Number: AR10963140        Policy Number: QHP8348853        Page 2 of    3

---

In case of a loss under Section I, we cover only that part of the loss over the deductible stated.
**Deductible Section I $1,000.**

---

### Discounts and Surcharges

| Description | Premium |
|---|---|
| Protective Device Discount | Included |
| **Total Discounts and Surcharges Premium:** | 15.00 |

---

### Property Information

| Construction Year | Construction Type | Structure | Usage | Occupancy | Number of Families | Protection Class |
|---|---|---|---|---|---|---|
| 1968 | Brick on Frame | Dwelling | Primary | Owner | 0 | 01 |

---

### Scheduled Personal Property

|  |  |
|---|---|
| **Total Scheduled Personal Property Premium:** | |

---

### Endorsements/Notices

| Form # | Edition | Title | Limit | Premium |
|---|---|---|---|---|
| **Policy Endorsements** | | | | |
| HO0003 | (05-11) | Homeowners 3 - Special Form | | |
| HO0103 | (10-17) | Special Provisions - Arkansas | | |
| HO0648 | (10-15) | Residence Premises Definition Endorsement | | |
| HO9080 | (06-98) | Actual Cash Value Definition | | |
| HO9398 | (10-01) | Animal Liability Limitation | | |
| HO9523 | (11-05) | Catastrophe Protection: Additional Limits of Liability | | |
| HOP004 | (05-11) | Limited Home Day Care Coverage Advisory Notice To Policyhldr | | |
| ILP001 | (01-04) | OFAC Notice | | |
| PH0002 | (08-10) | Important Notice About Your HO Policy | | |
| UND1833 | (08-18) | Progressive Welcome Letter | | |
| UND1856 | (05-13) | Notice of QBE Privacy Policies and Practices | | |
| **Location 001 - 7711 REBECCA DR, LITTLE ROCK, AR, 72209** | | | | |
| **Dwelling: Item 001 - 1968 Brick on Frame FORM HO3** | | | | |
| HO0477 | (10-00) | Ordinance or Law Increased Amount of Coverage | | |
| | | Total Percentage of Coverage A Amount: $25 | | |
| HO0490 | (05-11) | Personal Property Replacement Cost Loss Settlement | | $115 |
| HO0495 | (05-11) | Limited Water Back-up And Sump Discharge Or Overflow | | $60 |
| | | Limit: $10,000 | | |
| | | **Total Endorsement Premium:** | | **$175** |

---

### Total Amounts

| | |
|---|---|
| Item Premium | $1,070.00 |
| Endorsement Premium | $175.00 |
| **Total Amount** | **$1,245.00** |

---

These declarations, together with the coverage form(s), common policy conditions and forms, and endorsements, if any, issued to form a part thereof, complete the above numbered policy.

## Statement of Account

THIS IS NOT A BILL.   BILLING INFORMATION WILL BE MAILED SEPARATELY.

MORTGAGEE BILLED
Billing plan is:    Full Pay
Account number: 5216512311

CALL (866)726-9917  IF YOU
HAVE QUESTIONS ABOUT BILLING.
BE PREPARED TO ENTER YOUR
ACCOUNT NUMBER.

## Mortgagee(s)

Mortgagee
  Loan Number: POULL1
  Payor: Yes
  JGR INC.
  532 S LOUISIANNA ST
  SUITE 300
  LITTLE ROCK AR 72201

## For Home Office Use Only

R4.0.0.-100

## Policy Changes

IF YOU HAVE ANY POLICY CHANGES, PLEASE CONTACT OUR CUSTOMER CARE DEPARTMENT at (866)726-9917

Date issued: 12/18/2018

These declarations, together with the coverage form(s), common policy conditions and forms, and endorsements, if any, issued to form a part
thereof, complete the above numbered policy.

HOMEOWNERS
HO 01 03 10 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPECIAL PROVISIONS – ARKANSAS

**NOTICE**

In accordance with ARK. CODE ANN. § 23-88-106, we are providing notice of the following:

Unless otherwise provided by this policy, we may deduct expense depreciation. Expense depreciation is defined as depreciation, including but not limited to the cost of goods, materials, labor and services necessary to replace, repair or rebuild damaged property.

If expense depreciation is applied to a loss for damaged property, the insurer shall provide a written explanation as to how the expense depreciation was calculated.

**SECTION I – CONDITIONS**

Paragraph **F. Appraisal** is replaced by the following:

**F. Appraisal**

If you and we fail to agree on the amount of loss, an appraisal of the loss may take place. However, an appraisal will take place only if both you and we agree, voluntarily, to have the loss appraised. If so agreed, each party will choose a competent and impartial appraiser within 20 days after both parties agree. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately state the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. An appraisal decision will not be binding on either party.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

Paragraph **H. Suit Against Us** is replaced by the following:

**H. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within five years after the date of loss.

**L. Mortgage Clause**

Paragraph **3.** is replaced by the following:

**3.** If we decide to cancel this policy, the mortgagee will be notified:

**a.** At least 10 days before the date cancellation takes effect if:

**(1)** We cancel for nonpayment of premium; or

**(2)** The policy has been in effect for less than 60 days and is not a renewal with us; or

**b.** At least 20 days before the date cancellation takes effect in all other cases.

If we decide not to renew this policy, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

(This condition does not apply to Form HO 00 04.)

Paragraph **S. Loss Payable Clause** is replaced by the following:

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel this policy, that loss payee will be notified in writing.

If we decide to not renew this policy, that loss payee will be notified in writing at least 30 days before the date nonrenewal takes effect.

(This is Condition **R.** in Form HO 00 04.)

**SECTIONS I AND II – CONDITIONS**

**C. Cancellation**

Paragraphs **2.c.** and **2.d.** are replaced by the following:

**c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(1)** Upon discovery of fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining or continuing the policy, or in presenting a claim under this policy;

**(2)** Upon the occurrence of a material change in the risk which substantially increases any hazard insured against after insurance coverage has been issued;

**(3)** If there is a violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property which substantially increases any hazard insured against;

**(4)** For nonpayment of membership dues required by us as a condition of the issuance and maintenance of the policy; or

**(5)** In the event of a material violation of a material provision of this policy.

This can be done by letting you know at least 20 days before the date cancellation takes effect.

**d.** When this policy is written for a period of more than one year, we may cancel for any reason(s) noted in **2.c.** at anniversary by letting you know at least 20 days before the date cancellation takes effect.

Paragraph **F. Subrogation** is replaced by the following:

**F. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. However, we will be entitled to a recovery only after an "insured" has been fully compensated for the loss sustained.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** – Additional Coverages.

All other provisions of this policy apply.

2285

HOMEOWNERS
HO9080 0698

# Actual Cash Value Definition

The following paragraph is added to **DEFINITIONS**:

   **"Actual Cash Value"** means the amount it would currently cost to repair or replace covered property with new material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

HO9398 1001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ANIMAL LIABILITY LIMITATION

Section II - Liability Coverages, **COVERAGE E - Personal Liability** is deleted and replaced by:

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable, except that $25,000 is the most we will pay for damages in connection with claims arising out of a dog you own or have in your custody, care or control, which:

   a. Is a pure or partial breed of Pit Bull, Rottweiler, Akita, German Shepherd, Chow, or Doberman Pinscher; or

   b. Is any breed of dog trained or used as an attack or guard dog; or

   c. Is any breed of dog that has a prior history of biting.

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

All other provisions of this policy apply.

HO9398 1001                                                                        Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CATASTROPHE PROTECTION:
# ADDITIONAL LIMITS OF LIABILITY

We will provide an additional limit of coverage in the amount of $171,000 ("Additional Limit of Coverage") for covered losses in accordance with the following provisions:

1. There is a covered loss to the residence premises insured under this policy ("Covered Loss"); and

2. The dollar value of the Covered Loss to the residence premises exceeds the Coverage A limit of liability enumerated in the Declarations, (which is $171,000); and

3. The Covered Loss is the direct result of an occurrence or series of occurrences that have been assigned a catastrophe serial number by the Property Claims Service® unit of Insurance Services Office, Inc.

4. At your option, you may use the Additional Limit of Coverage to further extend the limit of liability enumerated in the Declarations for such Covered Loss under Coverage A, B, and/or D individually or collectively.

5. However, whether you apply this Additional Limit of Coverage to further extend the limit of liability enumerated in the Declarations for such Covered Loss under Coverage A, B, and/or D individually or collectively, we will pay no more under the Additional Limit of Coverage than a dollar amount equal to $171,000.

Loss Settlement provisions and all other provisions and exclusions of this policy apply.

This is additional insurance.

Includes copyrighted material of Insurance Services Office, Inc.,

HO 95 23 11 05                        with its permission.                        Page 1 of 1

HOMEOWNERS
HO P 004 05 11

# LIMITED HOME DAY CARE COVERAGE
# ADVISORY NOTICE TO POLICYHOLDERS

> **CAUTION:** This is a summary of the limited coverage provided in your Homeowners Policy for Home Day Care services. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverage you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL. PLEASE READ YOUR POLICY CAREFULLY.**

**A.** "Business", as defined in the policy, means:

  **1.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

  **2.** Any other activity engaged in for money or other compensation, except the following:

   **a.** One or more activities:

   **(1)** Not described in **b.** through **d.** below; and

   **(2)** For which no insured receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

   **b.** Volunteer activities for which no money is received, other than payment for expenses incurred to perform the activity;

   **c.** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

   **d.** The rendering of home day care services to a relative of an insured.

**B.** If you or any other insured regularly provides home day care services to a person or persons other than you or any other insureds as their trade, profession or occupation, that service is a "business".

**C.** If home day care service is not your or any other insured's given trade, profession or occupation but is an activity:

  **1.** That you or any other insured engages in for money or other compensation; and

  **2.** From which you or any other insured receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period;

  the home day care service and other activity will be considered a "business".

**D.** With respect to **C.** above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

  **1.** Described in **A.2.** above; and

  **2.** Engaged in for money by you or any other insured;

  may be considered a "business" if the $2,000 threshold is exceeded.

**E.** With respect to **A.** through **D.** above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this policy:

  **1.** Does not provide:

   **a.** Section II coverages. This is because your "business" or the "business" of any other insured is excluded under Section II – Exclusions;

   **b.** Coverage, under Section I, for other structures from which any "business" is conducted; and

**2.** Limits Section I coverage, under Coverage **C** – Special Limits Of Liability, for "business" property:

   **a.** On the residence premises for the home day care "business" to $2,500. This is because Coverage **C** – Special Limits Of Liability imposes that limit on "business" property on the residence premises;

   **b.** Away from the residence premises for the home day care "business" to $1,500. This is because Coverage **C** – Special Limits Of Liability imposes that limit on "business" property away from the residence premises. This limit does not apply to antennas, tapes, wires, records, disks or other media that are:

      **(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

      **(2)** In or upon a motor vehicle.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

PH 00 02 0610

# Important Notice About Your Homeowners Insurance Policy

This is a notice regarding changes in condition(s) that could affect coverage in your policy. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

**Be sure your home and family are adequately protected before a claim. Arm yourself with information about your insurance policy by reviewing it with your insurance company or agent.**

**Occupancy Changes:**  Is your home vacant or rented? Changes in occupancy require notification to your insurance company or agent.  Coverage is afforded to rental properties by the attachment of the Landlord Endorsement thereby ensuring protection of your investment in the event of a loss. Don't wait till a loss occurs to your rental property to discover that you are not properly insured.

**Home Improvements**: Have you remodeled your kitchen, finished your basement, added a swimming pool or completed some other major home improvement? You may need to increase your coverage amount to prevent you from being underinsured in the event of a covered loss.

**If any of these situations apply to you, or if you have any questions about your policy, please contact our customer service department at 1-800-660-4539.**

We thank you for entrusting us to protect your home and all you value and look forward to continuing to service your insurance needs.

**PH 00 02 06 10**                                                                                                    **Page 1 of 1**

# EXHIBIT B



**Desert Rose**

Po Box 15491
Little Rock, Arkansas 72231

(501) 690-3825
www.desertrosecarpetcleaning.com
Office@desertroseinc.com

## Invoice

| Order No. | Date |
|---|---|
| 721011784 | |

| Start | End |
|---|---|
| | |

| **Customer Info.** | **Service Location** | **Job Info.** |
|---|---|---|
| Poullos, Donna | Primary Address | Technician: |
| 7711 Rebecca Dr<br>Little Rock, AR 72209 | 7711 Rebecca Dr<br>Little Rock, AR 72209 | Sales Rep: **Hargens, Stacey** |
| | | PO #: |
| Phone:<br>(501) 658-9136 | Donna Poullos   (501) 658-9136 | Lead Source:<br>**Code Blue** |

| QTY | Description | Price | Amount |
|---|---|---|---|
| 1 | Misc - See T & M bill | 65,493.88 | 65,493.88 |
| 1 | Misc - Overhead | 6,549.38 | 6,549.38 |
| 1 | Misc - Profit | 6,549.38 | 6,549.38 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes:

| | |
|---|---|
| **SUBTOTAL** | $78,592.64 |
| **TAX** | $7,073.34 |
| **TOTAL** | $85,665.98 |
| **ADDITIONAL** | |
| **GRAND TOTAL** | |
| | Due Upon Receipt |

Signature                              Date

**Thank you for your business**

Date Printed: 1/21/2019

Desert Rose Cat

# INVOICE

| Invoice Issue Date: | |
| --- | --- |
| **INVOICE NUMBER** | |

**Office:** office@desertroseinc.com

| Project: | Poullos, Donna |
| --- | --- |
| JOB: #653532 / 4760693 | |

**BILL TO: CodeBlue**

| SECTION 1 : Labor: 12/14/18 - 12/20/18 | | | |
| --- | --- | --- | --- |
| | Regular Time | $ | 5,261.03 |
| TOTAL LABOR | Overtime | $ | 13,879.65 |
| | Double Time | $ | - |
| | Travel Time | $ | - |
| | Per Diem | $ | - |
| | **Total Time & Per Diem** | **$** | **19,140.68** |
| SECTION 2 : 12/22/18 - 12/23/18 | | | |
| | Regular Time | $ | 106.05 |
| TOTAL LABOR | Overtime | $ | 807.15 |
| | Double Time | $ | - |
| | Travel Time | $ | - |
| | Per Diem | $ | - |
| | **Total Time & Per Diem** | **$** | **913.20** |
| SECTION 2 : | | | |
| | Regular Time | $ | - |
| TOTAL LABOR | Overtime | $ | - |
| | Double Time | $ | - |
| | Travel Time | $ | - |
| | Per Diem | $ | - |
| | **Total Time & Per Diem** | **$** | **-** |
| | | | |
| SECTION 3 - 5 : Equipment | | | |
| **SECTION 3** | **Vehicles** | $ | 7,893.00 |
| **SECTION 4** | **Fans/Dehues/Air Scrubbers** | $ | 15,678.00 |
| | **Desiccants/Generators** | $ | - |
| | **Equipment Cleaning - Decontamination** | $ | 2,632.50 |
| **SECTION 5** | **Other Equipment** | $ | 7,365.00 |
| | **Total Equipment** | $ | **33,568.50** |
| | | | |
| **Small Tools and Equipment** | **3% of Labor Cost** | $ | **601.62** |
| | | | |
| SECTION 6 : Materials | | | |
| | **SCHEDULED MATERIALS** | $ | 10,736.68 |
| | **OTHER MATERIALS** | $ | 533.21 |
| | | | |
| SECTION 7 : Travel,Fuel, Hotel Expense | | | |
| | **Cost plus 20%** | $ | - |
| | | | |
| | **Invoice Total** | $ | **65,493.88** |

Labor Billing Sheet

**Project:** Poullos, Donna     Dates: 12/14/18 - 12/20/18

## JOB # 653532N / 4760693
### Labor Trucking

| Name | Position | Location | Fri 12/14/18 ST | Fri OT | Fri TRAVEL | Sat 12/15/18 ST | Sat OT | Sat TRAVEL | Sun 12/16/18 ST | Sun OT | Sun TRAVEL | Mon 12/17/18 ST | Mon OT | Mon TRAVEL | Tue 12/18/18 ST | Tue OT | Tue TRAVEL | Wed 12/19/18 ST | Wed OT | Wed TRAVEL | Thu 12/20/18 ST | Thu OT | Thu TRAVEL | Total Hours | REG HOURS | OVT HOURS | TIME HOURS | REG RATE | OT RATE | TRAVEL RATE | REG HRS BILLING | OT HOURS BILLING | TRAVEL HRS BILLING | PERDIEM DAYS | PERDIEM TOTAL | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ben Talley | Restoration Supervisor | Rebecca Dr | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 3.00 | 4.00 | 0.00 | $84.00 | $126.00 | $84.00 | $252.00 | $504.00 | $0.00 | 0 | $0.00 | $756.00 |
| Fred Hargens | Project Manager | Rebecca Dr | 4.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 11.00 | 0.00 | 8.00 | 4.00 | 0.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.50 | 15.50 | 25.00 | 0.00 | $94.50 | $141.75 | $94.50 | $1,464.75 | $3,543.75 | $0.00 | 0 | $0.00 | $5,008.50 |
| Nolan Crawford | Crew Forman | Rebecca Dr | 4.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 11.00 | 0.00 | 8.00 | 4.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.00 | 12.00 | 25.00 | 0.00 | $57.75 | $75.00 | $57.75 | $693.00 | $1,875.00 | $0.00 | 0 | $0.00 | $2,568.00 |
| Monty Moore | Crew Forman | Rebecca Dr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 4.00 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 | 11.50 | 4.00 | 0.00 | $57.75 | $86.63 | $57.75 | $664.13 | $346.50 | $0.00 | 0 | $0.00 | $1,010.63 |
| Gage Montgomery | Skilled Demo | Rebecca Dr | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 11.00 | 0.00 | 8.00 | 4.00 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.50 | 15.50 | 25.00 | 0.00 | $48.30 | $72.45 | $48.30 | $748.65 | $1,811.25 | $0.00 | 0 | $0.00 | $2,559.90 |
| Matt Montgomery | Skilled Demo | Rebecca Dr | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 0.00 | 8.00 | 4.00 | 0.00 | 3.50 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.50 | 15.50 | 15.00 | 0.00 | $48.30 | $72.45 | $48.30 | $748.65 | $1,086.75 | $0.00 | 0 | $0.00 | $1,835.40 |
| Lucas Montgomery | Skilled Demo | Rebecca Dr | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 11.00 | 0.00 | 8.00 | 4.00 | 0.00 | 3.50 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.50 | 11.50 | 22.00 | 0.00 | $48.30 | $72.45 | $48.30 | $555.45 | $1,593.90 | $0.00 | 0 | $0.00 | $2,149.35 |
| Dylan Gray | Skilled Demo | Rebecca Dr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 8.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.00 | 8.00 | 25.00 | 0.00 | $48.30 | $72.45 | $48.30 | $386.40 | $1,811.25 | $0.00 | 0 | $0.00 | $2,197.65 |
| Zachary Hand | Skilled Demo | Rebecca Dr | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 18.00 | 0.00 | $48.30 | $72.45 | $48.30 | $0.00 | $1,304.10 | $0.00 | 0 | $0.00 | $1,304.10 |
| Carterius Toney | Skilled Demo | Rebecca Dr | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 | 7.00 | 0.00 | $48.30 | $72.45 | $48.30 | $0.00 | $507.15 | $0.00 | 0 | $0.00 | $507.15 |
| **Totals** | | | 16.00 | | | 0.00 | 65.00 | | 0.00 | 77.00 | | 56.00 | 28.00 | | 17.50 | | | 6.00 | | | 6.00 | | | 271.50 | 92.50 | 170.00 | | | | | $5,261.03 | $13,879.65 | $0.00 | | $0.00 | $19,140.68 |

**JOB # 653532N / 4760693**

*Labor Tracking*

| Name | Position | Location | Friday 12/21/2018 ST | OT | TRAVEL | Saturday 12/22/2018 ST | OT | TRAVEL | Sunday 12/23/2018 ST | OT | TRAVEL | Total Hours | REG HOURS | OVT HOURS | TIME HOURS | REG RATE | OT RATE | TRAVEL RATE | REG HRS BILLING | OT HOURS BILLING | TRAVEL HOURS BILLING | PERDIEM DAYS | PERDIEM TOTAL | TOTAL BILLING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ben Talley | Restoration Supervisor | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $84.00 | $126.00 | $84.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| Fred Hargens | Project Manager | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $94.50 | $141.75 | $94.50 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| Nolan Crawford | Crew Forman | Rebecca Dr. | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 | 1.00 | 4.00 | 0.00 | $57.75 | $75.00 | $57.75 | $57.75 | $300.00 | $0.00 | 0 | $0.00 | $357.75 |
| Monty Moore | Crew Forman | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $57.75 | $86.63 | $57.75 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| Gage Montgomery | Skilled Demo | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 | 0.00 | 3.00 | 0.00 | $48.30 | $72.45 | $48.30 | $0.00 | $217.35 | $0.00 | 0 | $0.00 | $217.35 |
| Matt Montgomery | Skilled Demo | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $48.30 | $72.45 | $48.30 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| Lucas Montgomery | Skilled Demo | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 | 0.00 | 3.00 | 0.00 | $48.30 | $72.45 | $48.30 | $0.00 | $217.35 | $0.00 | 0 | $0.00 | $217.35 |
| Dylan Gray | Skilled Demo | Rebecca Dr. | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 1.00 | 0.00 | $48.30 | $72.45 | $48.30 | $48.30 | $72.45 | $0.00 | 0 | $0.00 | $120.75 |
| Zachary Hand | Skilled Demo | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $48.30 | $72.45 | $48.30 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| Carterius Toney | Skilled Demo | Rebecca Dr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $48.30 | $72.45 | $48.30 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $0.00 |
| | | | 2.00 | | | 0.00 | 2.00 | | 0.00 | 9.00 | | 13.00 | 2.00 | 11.00 | | | | | $106.05 | $807.15 | $0.00 | $0.00 | $0.00 | $913.20 |

## Billing Sheet: Vehicles

| Project: Donna Poullos | Dates: 12/14/18 – 12/23/18 |
|---|---|

### JOB # 653532N / 4760693

**Vehicle Tracking**

| | VIN No | Description | TAG # | Driver | 12/14/2019 | 12/15/2019 | 12/16/2019 | 12/17/2019 | 12/18/2019 | 12/19/2019 | 12/20/2019 | 12/21/2019 | 12/22/2019 | 12/23/2019 | Days | RATE | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3c6ur2fl70g599 | 2011 Ram 2500 | 839xrd | Ben | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | $105.00 | $945.00 | |
| 2 | 1FTNW20F4YEA33859 | F250 | 840XRO | | | | | | | | | | | | 0 | $105.00 | $0.00 | |
| 3 | 1FTNX2055XEB22262 | F250 | 816VKT | Fred | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | $145.00 | $1,305.00 | |
| 4 | 1WC200J2362055142 | 20' Enclosed Trailer | 503590 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | $210.00 | $1,890.00 | |
| 5 | 1GCZGFBG8A1117093 | Chevy 2500 | 743xnl | Nolan | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | $105.00 | $945.00 | |
| 6 | 1W4200g2x52052188 | 16' Enclosed Trailer | 469454 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | $156.00 | $1,404.00 | |
| 7 | Custom | 16' Enclosed Trailer | 176097 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | $156.00 | $1,404.00 | |
| 8 | 1GVDX1627F | 16' Big Texas Dump Trailer | n/a | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | $0.00 | $0.00 | billed on othe equipment |
| 9 | | | | | | | | | | | | | | | 0 | | $0.00 | |
| 10 | | | | | | | | | | | | | | | 0 | | $0.00 | |
| 11 | | | | | | | | | | | | | | | 0 | | $0.00 | |
| 12 | | | | | | | | | | | | | | | 0 | | $0.00 | |

TOTAL: $7,893.00

**Billing Sheet: Equipment**

| Project: Poullos, Donna | | | | | | | | | | | | | | | | | Dates: 12/15/18 - 12/23/18 | | | | |

**JOB # 653532N / 4760693**

*Equipment Tracking : For Daily Locations See Daily Log Backup*

| Asset Number / ID | Item Description | Fri 12/15/2019 | Sat 12/16/2019 | Sun 12/17/2019 | Mon 12/18/2019 | Tue 12/19/2019 | Wed 12/20/2018 | Thur 12/21/2019 | Week 1 Totals | Fri 12/22/2019 | Sat 12/23/2019 | Fri | Sat | Sun | Sat | Sun | Week 2 Totals | RATE | Total Units | Total Cost | Equipment Cleaning Fee once per item |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Billing Sheet: Other Equipment**

| Project:Donna Poullos | | | | | | | | | | Dates:12/15/18 - 12/23/18 | | | | | |

**JOB #653532N / 4760693**

*Other Equipment Tracking*

| Item Description | Unit | 12/15/2019 | 12/16/2019 | 12/17/2019 | 12/18/2019 | 12/19/2019 | 12/20/2019 | 12/21/2019 | Week 1 Totals | 12/22/2019 | 12/23/2019 | Week 2 Totals | RATE | Total Units | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| On Site Administration Package: In Lieu of individual equipment charges; includes usage of all onsite computers, printers, scanners, tablets, cameras, data cards, usb storage devices, software fees, ink, and general office supplies: This fee will be charged per day for each Manager (Asst. Project Manager and above positions) , Clerical, and Auditor positions | PER DAY | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2 | 2 | 4 | $ 50.00 | 18 | $ 900.00 |
| On Site Communications Package: In Lieu of individual equipment charges; includes usage of all mobile phones, GPSs, two-way radios, Wifi (includes data charges up to 60 GB per month), File sharing software fees and charges, This fee will be charged per day for each crew Supervisor/Foreman and above positions | PER DAY | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 18 | 2 | 2 | 4 | $ 50.00 | 22 | 1,100.00 |
| Moisture Mapping Kit - Pin/pinless moisture meters, hygrometer, Case, Documents (includes C2 level thermal camera) | PER DAY | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1 | 1 | 2 | $ 30.00 | 9 | 270.00 |
| Demolition Cart | Per Day | | | | | | | | 0 | | | 0 | $ 18.50 | 0 | $ - |
| Dump Trailer - 40 Yard - Does Not Include Disposal Fee | Per Day | 1 | 1 | 1 | 1 | | 1 | 1 | 7 | 1 | 1 | 2 | $ 125.00 | 9 | 1,125.00 |
| Dump Truck - Does Not Include Disposal Fee | Per Day | | | | | | | | 0 | | | 0 | $ 245.00 | 0 | $ - |
| Extraction Unit - (Portable) | Per Day | | | | | | | | 0 | | | 0 | $ 125.00 | 0 | $ - |
| Extraction Unit - (Truck Mounted) | Per Day | 1 | 1 | 1 | | 1 | | | 4 | | | 0 | $ 650.00 | 4 | 2,600.00 |
| Extraction Unit - Ride on Type (Xtreme Xtractor) | Per Day | | | | | | | | 0 | | | 0 | $ 150.00 | 0 | $ - |
| Fogger Thermo | Per Day | 1 | 1 | 1 | | 1 | | | 4 | | | 0 | $ 150.00 | 4 | 600.00 |
| Fogger ULV | Per Day | | | | | | | | 0 | | | 0 | $ 30.00 | 0 | $ - |

Billing Sheet: Scheduled Materials

**Project: Donna Poullos**

Dates: 12/15/18 - 12/23/18

**JOB #653532N / 4760693**

Scheduled Materials

| Item Description | Unit | 15-Dec | 16-Dec | 17-Dec | 18-Dec | 19-Dec | 20-Dec | 21-Dec | Wk 1 Totals | 22-Dec | 23-Dec | Wk 2 Totals | RATE | Total Units | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bags: 3 Mil Trash Bags (Contractor Black) | Roll | | 2 | 2 | | | | | 4 | | | 0 | $ 25.00 | 4 | $ 100.00 |
| Bags: 6 Mil Clear Trash bags | Roll | 1 | | | | | | | 1 | | | 0 | $ 132.58 | 1 | $ 132.58 |
| Bit - Paddle | Each | | | | | | | | 0 | | | 0 | $ 9.00 | 0 | $ - |
| Blades - Circular Saw | Each | | | | | | | | 0 | | | 0 | $ 12.00 | 0 | $ - |
| Blades - Demo Saw | Each | 2 | 2 | 2 | | | | | 6 | | | 0 | $ 18.50 | 6 | $ 111.00 |
| Blades - Floor Scrapper | Each | | | | | | | | 0 | | | 0 | $ 12.00 | 0 | $ - |
| Blades - Grinder (Disk) | Each | | | | | | | | 0 | | | 0 | $ 12.00 | 0 | $ - |
| Blades - Jig Saw Blades | Each | | 1 | 1 | | | | | 2 | | | 0 | $ 12.00 | 2 | $ 24.00 |
| Blades - Multi Tool | Each | 8 | 7 | 7 | 5 | | | | 27 | | | 0 | $ 12.00 | 27 | $ 324.00 |
| Blades - Utility Knife | Case | 1 | 1 | | | | | | 2 | | | 0 | $ 10.00 | 2 | $ 20.00 |
| Box - Extra Large | Each | | | | | | | | 0 | | | 0 | $ 8.00 | 0 | $ - |
| Box - Large (4.0 Cubic Feet) | Each | | | | | | | | 0 | | | 0 | $ 7.00 | 0 | $ - |
| Box - Medium (3.0 Cubic Feet) | Each | | | | | | | | 0 | | | 0 | $ 6.00 | 0 | $ - |
| Box - Small | Each | | | | | | | | 0 | | | 0 | $ 5.00 | 0 | $ - |
| Cleaner: Benefect Atomic Degreaser | Per Gallon | | | | | | | | 0 | | | 0 | $ 43.00 | 0 | $ - |
| Cleaner: Benefect Botanical Disinfectant | Per Gallon | | | | | | | | 0 | | | 0 | $ 45.00 | 0 | $ - |
| Cleaner: Benefect Decon 30 | Per Gallon | 2 | 3 | 5 | | | | | 10 | | | 0 | $ 45.00 | 10 | $ 450.00 |
| Cleaner: Benefect Impact Carpet Cleaner | Per Gallon | | | | | | | | 0 | | | 0 | $ 42.00 | 0 | $ - |
| Cleaner: Benefect Multi-purpose | Per Gallon | | | | | | | | 0 | | | 0 | $ 43.00 | 0 | $ - |
| Cleaner: Crystal Defoamer | Per Gallon | | | | | | | | 0 | | | 0 | $ 35.00 | 0 | $ - |
| Cleaner: General & All Purpose (Dawn or equivalent) | Per Gallon | | | | | | | | 0 | | | 0 | $ 20.00 | 0 | $ - |
| Cleaner: Serum 1000 | Per Gallon | | | | | | | | 0 | | | 0 | $ 50.00 | 0 | $ - |
| Containment: Spray Adhesive | Per Can | | | | | | | | 0 | | | 0 | $ 12.00 | 0 | $ - |
| Containment: Zipper | Each | | | | | | | | 0 | | | 0 | $ 18.00 | 0 | $ - |
| Dry Cleaning Sponges | Each | | | | | | | | 0 | | | 0 | $ 4.00 | 0 | $ - |
| Filter: 1" x 12" x 12" MERV 11 | Each | | | | | | | | 0 | | | 0 | $ 11.50 | 0 | $ - |
| Filter: 1" x 16" x 16" MERV 8 | Each | | | | | | | | 0 | | | 0 | $ 11.50 | 0 | $ - |
| Filter: 1" x 18" x 18" MERV 11 | Each | | | | | | | | 0 | | | 0 | $ 16.00 | 0 | $ - |
| Filter: 1" x 9.5" x 11" MERV 11 | Each | | | | | | | | 0 | | | 0 | $ 12.00 | 0 | $ - |
| Filter: DH/AS Carbon | Each | | | | | | | | 0 | | | 0 | *Market Rate + 20% | | $ - |
| Filter: DH/AS Charcoal | Each | | | | | | | | 0 | | | 0 | *Market Rate + 20% | | $ - |
| Filter: DH/AS Pre Filter Pad (DH / Desiccant / AS) | Each | 9 | | | | | | | 9 | | | 0 | $ 3.40 | 9 | $ 30.60 |
| Filter: DH/AS Primary : 1" Pleated : All Sizes not specifically listed | Each | 9 | | | | | | | 9 | | | 0 | $ 12.00 | 9 | $ 108.00 |
| Filter: DH/AS Primary: 2" Pleated | Each | | | | | | | | 0 | | | 0 | $ 15.00 | 0 | $ - |
| Filter: HEPA for Air Scrubber | Each | 6 | | | | | | | 6 | | | 0 | $ 290.00 | 6 | $ 1,740.00 |
| Filter: HEPA for Shop Vacuum | Each | | | | | | | | 0 | | | 0 | $ 40.00 | 0 | $ - |
| Filter: HEPA for Vacuum | Each | | | | | | | | 0 | | | 0 | $ 195.00 | 0 | $ - |
| Filter: HEPA Vac Bags : 10qt Micro Lined for HEPA Backpack | Each | | | | | | | | 0 | | | 0 | $ 5.00 | 0 | $ - |
| Filter: Respirator: Carbon Cartridge | Each | | | | | | | | 0 | | | 0 | *Market Rate + 20% | | $ - |
| Filter: Respirator: HEPA Cartridge | Each | | | | | | | | 0 | | | 0 | *Market Rate + 20% | | $ - |
| Filter: Respirator: Organix Vapor Cartridge | Each | | | | | | | | 0 | | | 0 | *Market Rate + 20% | | $ - |
| Filter: Respirator: P100 Cartridge | Per Pair | | | | | | | | 0 | | | 0 | $ 12.00 | 0 | $ - |
| Filter: Respiratory: N95 Valved Masks (per box of 10) | Per Box | 2 | 1 | 1 | | | | | 4 | | | 0 | $ 35.00 | 4 | $ 140.00 |
| Filter: Shop Vac Bags ( 10 - 22 GAL ) | Each | | | | | | | | 0 | | | 0 | $ 8.50 | 0 | $ - |
| Filter: Shop Vac Filter - HEPA Filter/5 layer allergen | Each | | | | | | | | 0 | | | 0 | $ 40.00 | 0 | $ - |
| Filter: Shop Vac Filter FINE DUST Filter | Each | | | | | | | | 0 | | | 0 | $ 32.00 | 0 | $ - |
| Filter: Shop Vac Regular | Each | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1 | | 1 | $ 35.00 | 8 | $ 280.00 |
| Fogging Agent: Thermo 55 | Each | | | | | | | | 0 | | | 0 | $ 85.00 | 0 | $ - |
| Furniture Blocks | Each | | | | | | | | 0 | | | 0 | $ 10.00 | 0 | $ - |
| Gloves - Chemical Resistant 11 mil Nitrile | Per Pair | 42 | 53 | 25 | 30 | 15 | 3 | | 168 | | | 0 | $ 20.00 | 168 | $ 3,360.00 |
| Gloves - Contractor grade 6 mil Latex Gloves (box of 50) | Per box | | | | | | | | 0 | | | 0 | $ 20.00 | 0 | $ - |
| Gloves - Cotton | Per Pair | | | | | | | | 0 | | | 0 | $ 1.50 | 0 | $ - |
| Gloves - Cotton Dipped Latex Gloves | Per Pair | | | | | | | | 0 | | | 0 | $ 3.00 | 0 | $ - |
| Gloves - Leather | Per Pair | 8 | 7 | 7 | 5 | | | | 27 | | | 0 | $ 6.50 | 27 | $ 175.50 |
| Gloves - Rubber | Per Pair | | | | | | | | 0 | | | 0 | $ 2.00 | 0 | $ - |
| Mop Heads | Each | | | | | | | | 0 | | | 2 | $ 9.00 | 2 | $ 18.00 |
| Odor Blocks | Each | | | | | | | | 0 | | | 0 | $ 5.50 | 0 | $ - |
| Odor Counteractant | Per Gallon | | | | | | | | 0 | | | 0 | $ 80.00 | 0 | $ - |
| Paper: Builder Board (RAM Board) | Per Roll | | | | | | | | 0 | | | 0 | $ 95.00 | 0 | $ - |
| Paper: Contractor | Per Roll | | | | | | | | 0 | | | 0 | $ 20.00 | 0 | $ - |
| Paper: Packing | Per Pound | | | | | | | | 0 | | | 0 | $ 2.50 | 0 | $ - |
| Paper: Red Rosin | Per Roll | | | | | | | | 0 | | | 0 | $ 20.00 | 0 | $ - |
| Poly - 6 Mil Fire Retardant (1X SF) | Per Roll | | | | | | | | 0 | | | 0 | $ 140.00 | 0 | $ - |
| Poly - 6 Mil Non - Fire Retardant (1X SF) | Per Roll | | | | | | | | 0 | | | 0 | $ 70.00 | 0 | $ - |
| Poly -1 - 4 Mil Cover (1X SF) | Per Roll | | | | | | | | 0 | | | 0 | $ 50.00 | 0 | $ - |
| Poly Sheeting (Reinforced) | Per Roll | | 1 | 1 | | | | | 2 | | | 0 | Market Rate + 20% | 2 | $ - |
| Poly: Bubble Wrap | Per Roll | | | | | | | | 0 | | | 0 | $ 35.00 | 0 | $ - |
| Poly: Carpet Sheild | Per Roll | | | | | | | | 0 | | | 0 | $ 50.00 | 0 | $ - |
| Poly: Lay Flat 20" - 36" Disposable | L.F. | | | | | | | | 0 | | | 0 | $ 1.75 | 0 | $ - |
| Poly: Lay Flat up to 20" Disposable | L.F. | | | | | | | | 0 | | | 0 | $ 1.50 | 0 | $ - |
| Poly: Shrink Wrap | Per Roll | | | | | | | | 0 | | | 0 | $ 25.00 | 0 | $ - |
| Tape - Caution | Per Roll | | | | | | | | 0 | | | 0 | $ 15.00 | 0 | $ - |
| Tape - Danger | Per Roll | | | | | | | | 0 | | | 0 | $ 15.00 | 0 | $ - |
| Tape - Duct (Std. Strength) | Per Roll | | | | | | | | 0 | | | 0 | $ 9.00 | 0 | $ - |
| Tape Containment | Per Roll | 2 | 2 | 1 | | | | | 5 | | | 0 | $ 16.00 | 5 | $ 80.00 |
| Tape -Electrical | Per Roll | | | | | | | | 0 | | | 0 | $ 5.00 | 0 | $ - |
| Tape -Packing (Clear) | Per Roll | | | | | | | | 0 | | | 0 | $ 4.00 | 0 | $ - |
| Tape -Painters Blue | Per Roll | | | | | | | | 0 | | | 0 | $ 10.00 | 0 | $ - |
| Towels: Cotton Cleaning Rags | Per Pound | | | | | | | | 0 | | | 0 | $ 10.00 | 0 | $ - |
| Walk Off Mats (30 Sheets) | Each | | | | | | | | 0 | | | 0 | $ 65.00 | 0 | $ - |
| **SAFETY** | | | | | | | | | 0 | | | 0 | | 0 | $ - |
| P.F.P. (Personal Fall Protection) | Per Man Per Day | | | | | | | | 0 | | | 0 | $ 65.00 | 0 | $ - |
| P.P.E. Level 1 - (Hard Hat/Eye Protection/Hearing Protection/Safety Vest) | Per Man Per Day | 8 | 7 | 7 | 5 | 3 | 2 | 2 | 34 | 2 | | 2 | $ 25.00 | 36 | $ 900.00 |
| P.P.E. Level 2 - level 1 plus Rubber Boots / Waders / Rain Gear | Per Man Per Day | | | | | | | | 0 | | | 0 | $ 50.00 | 0 | $ - |
| P.P.E. - PRP - Half Face respirator w/o cartridges | Per Man Per Day | | | | | | | | 0 | | | 0 | $ 30.00 | 0 | $ - |
| P.P.E. - PRP - Full Face respirator w/o cartridges | Per Man Per Day | | | | | | | | 0 | 2 | | 2 | $ 45.00 | 2 | $ 90.00 |
| Safety Station | Each per Project | 1 | | | | | | | 1 | | | 0 | $ 125.00 | 1 | $ 125.00 |
| Tyvek * Suits | Each | 35 | 24 | 30 | 12 | 3 | 2 | 2 | 108 | 2 | | 2 | $ 15.00 | 110 | $ 1,650.00 |
| Filter: Respiratory: Masks N95 (20 Per Box) | Per Box | | 1 | | | | | | 4 | 1 | 1 | 4 | $ 36.00 | 2 | $ 288.00 |
| Filter: Respiratory: N95 Valved Masks (per box of 10) | Per Box | | | | | | | | 0 | | | 0 | $ 30.00 | 0 | $ - |
| Boot(s) - Protective Shoe Covers | Per Box | | | | | | | | 0 | | | 0 | $ 30.00 | 0 | $ - |
| Chlorine Dioxide | 500 Gram | | | | | | 2 | | 2 | | | 0 | $ 295.00 | 2 | $ 590.00 |
| | | | | | | | | | 0 | | | 0 | | 0 | $ 10,736.68 |
| | | | | | | | | | 0 | | | 0 | | 0 | $ - |
| | | | | | | | | | 0 | | | 0 | | 0 | $ - |
| | | | | | | | | | 0 | | | 0 | | 0 | $ - |
| | | | | | | | | | 0 | | | 0 | | 0 | $ - |
| | | | | | | | | | 0 | | | 0 | | 0 | $ - |
| | | | | | | | | | 0 | | | 0 | | 0 | $ - |

# EXHIBIT C



**QBE Americas, Inc. (QBEAI)**
P.O. Box 975, Sun Prairie, WI 53590
Phone: 608.837.4440 ● Toll Free: 800.362.5448
qbena.com

April 10, 2019

Rice & Associates, PA
523 Louisiana St, Ste 300,
Little Rock, AR 72201-5771

Re:  Claim number:         653532N
     Loss date:            December 12, 2018
     Policy number:        QHP8348853
     Insured name:         DONNA POULLOS
     Insurance company:    QBE Insurance Corporation
     Claimant:             N/A

Dear Rice & Associates, PA,

QBE Insurance Corporation., ("QBE") acknowledges receipt of your claim for certain water damages
sustained, which occurred on or about December 12, 2018 at your home located at the above noted loss
location. The loss was reported as water damage from an exterior sewage pipe break.  We received this
claim on December 14, 2018.

The policy number QHP8348853 is a HOMEOWNERS HO 3- SPECIAL FORM. We have reviewed the
relevant information, including policy number QHP8348853. Based upon this review, QBE has determined
the claim for sewage water damage may not be covered in whole or in part under the QBE policy. This
letter explains the basis for this determination.

In order to explain the coverages, QBE must discuss the facts of this loss.

FACTUAL SUMMARY

QBE Insurance Corporation received a report of the loss on December 14, 2018, from your agent at
Progressive Specialty Insurance Agency, for a claim for sewer water damage as a result of an off
premises sewer pipe break on December 12, 2018. You have reported that an AT&T contractor hit a
sewage line outside of the insured premises when sewage began to overflow within the home. The
dwelling suffered severe water damage to multiple rooms.

COVERAGE SUMMARY

Policy number QHP8348853 is issued to Donna Poullos and/or Reginal Bratchett, with effective dates of
11/13/2018 to 11/13/2019 through QBE.  The policy includes an endorsement for Limited Water Back-Up
and Sump Discharge or Overflow Coverage, with a limit of insurance on Coverage A –
Dwelling, Coverage B – Other Structure, Coverage C – Contents and Coverage D –
Additional Living Expenses of $10,000. The deductible for covered perils is $1,000.  JGR
Inc. is the mortgagee listed on the policy.

Please review the following policy language that may affect your coverage.

<u>APPLICABLE POLICY LANGUAGE</u>

**HOMEOWNERS HO 3 - SPECIAL FORM**

### 1. AGREEMENT
We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

### 2. SECTION I – PROPERTY COVERAGES
A. Coverage A – Dwelling

We cover:
1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

### 3. SECTION I – PERILS INSURED AGAINST
Coverage A – Dwelling And Coverage B – Other Structures
We insure against risk of direct physical loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:
1. Involving collapse, other than as provided in Additional Coverage;

2. We do not insure, however, for loss:

c. Caused by:
6. Any of the following:
(e) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage C.
Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

Exception To c. (6)
Unless the loss is otherwise excluded, we cover loss to property covered under Coverage A or B resulting from an accidental discharge or overflow of water or steam from within a:

(i)   Storm drain, or water, steam or sewer pipe, off the "residence premises" or
(ii)  Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the eater or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.
For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

### SECTION I – EXCLUSIONS
1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

c. **Water Damage,** meaning:
(1.) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
(2.) Water which backs up through sewers or drains or which overflows from a sump; or

**(3.)** Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

Please also review the Limited Water Back-Up and Sump Discharge Or Overflow Coverage Endorsement (HO 0495 05 11)

    A.  Section I – Property Coverages
The following coverage is added:

We will pay up to the Limit Of Liability shown in the Schedule for direct physical loss, not caused by the negligence of an "insured", to property covered under Section I caused by water, or waterborne material, which:

    1.  Originates from within the dwelling where you reside and backs up through sewers or drains; or
    2.  Overflows or is discharged from a:
        a.  Sump, sump pump; or
        b.  Related equipment;
Even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not increase the limits of liability for Coverage **A**, **B**, **C** or **D** stated in the Declarations.

In summary, the cause of the sewer back up is from the negligence of an AT&T contractor working outside of your home and hitting an active sewer line causing a backup of sewer into your property. The damage to your property is a coverage loss with a policy limit of $10,000 for all coverage lines. AT&T is liable for this loss and would be deemed the primary carrier to handle your damages.

If you have any questions or comments concerning this letter, please feel free to contact us.

Sincerely,

Deana Henry
Senior Claims Specialist - Property
QBE Americas, Inc. (QBEAI)

Direct:   404-922-2614
Fax:     866-251-5389
E-mail:  deana.henry@us.qbe.com

Enclosures
cc:

Please be advised that QBE Americas, Inc. (QBEAI) is a claims administrator for the above listed insurance company and QBEAI is handling the above captioned matter on its behalf.