**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONNA POULLOS and
REGINALD L. BRATCHETT, SR.**                                    **PLAINTIFFS**

**v.**                                    **Case No. 4:22-cv-00218 KGB**

**QBE INSURANCE CORPORATION**                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that the plaintiffs' complaint is dismissed with prejudice (Dkt. No. 2).  The relief requested is denied.

It is so adjudged this 30th day of March, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge